# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

EMANUEL SHARPE,

    Petitioner,

v.                           CASE NO. 4:05cv164-RH/WCS

JAMES McDONOUGH,

    Respondent.

_____/

## ORDER DENYING § 2254 PETITION

    This matter is before the court on the magistrate judge's report and recommendation (document 16), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The petition under 28 U.S.C. §2254 challenging petitioner's convictions for sexual battery upon a child less than 12 years of age (two counts) in the Circuit Court, Second Judicial Circuit, Madison County, Florida, case number 00-121-CF, is DENIED with prejudice." The clerk

shall close the file.

    SO ORDERED this 19th day of July, 2006.

                                          <u>s/Robert L. Hinkle</u>
                                          Chief United States District Judge